**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

REDACTED

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 18 2007
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | No. 4-07CR-055-A |
| | § | |
| MICHAEL MORRISON (1) | § | |
| JAMES TIMOTHY WOLFGANG II (2) | § | |

## INDICTMENT

The Grand Jury Charges:

### Count One
Possession of Counterfeit Securities or Obligations
(Violation of 18 U.S.C. § 472)

On or about December 23, 2003, in the Fort Worth Division of the Northern District of Texas, the defendant, **Michael Morrison**, with intent to defraud, did keep in his possession and conceal falsely made, forged, and counterfeited obligations of the United States, that is, approximately $7,800 of Federal Reserve Notes in $1, $5, $10, $20, $50 and $100 denominations, which he then knew to be falsely made, forged, and counterfeited.

In violation of 18 U.S.C. § 472.

<u>Count Two</u>
Manufacture of Counterfeit Securities or Obligations of the United States
(Violation of 18 U.S.C. § 471)

Between in or around November 2003 and continuing thereafter until on or about December 23, 2003, in the Fort Worth Division of the Northern District of Texas, the defendant, **Michael Morrison**, with intent to defraud, did falsely make, forge, and counterfeit obligations of the United States, that is, approximately $9,000 of Federal Reserve Notes in $1, $5, $10, $20, $50 and $100 denominations.

In violation of 18 U.S.C. § 471.

<u>Count Three</u>
Manufacture of Counterfeit Securities or Obligations of the United States
(Violation of 18 U.S.C. § 471)

Between in or around November 2003 and continuing thereafter until on or about December 23, 2003, in the Fort Worth Division of the Northern District of Texas, the defendant, **James Timothy Wolfgang II**, with intent to defraud, did falsely make, forge, and counterfeit obligations of the United States, that is, approximately $9,000 of Federal Reserve Notes in $1, $5, $10, $20, $50 and $100 denominations.

In violation of 18 U.S.C. § 471.

A TRUE BILL

REDACTED
FOREPERSON

RICHARD B. ROPER
UNITED STATES ATTORNEY


CHRISTOPHER R. WOLFE
Assistant United States Attorney
Texas State Bar No. 24008294
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.978.3094

Indictment - Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

MICHAEL MORRISON (1)
JAMES TIMOTHY WOLFGANG II (2)

INDICTMENT

18 U.S.C. § 472 and 18 U.S.C. § 471
Possession of Counterfeit Securities or Obligations and Manufacture of Counterfeit Securities or Obligations of the United States

(3 COUNTS)

A true bill rendered,

REDACTED

FORT WORTH                                                          FOREPERSON

Filed in open court this 18 day of April, A.D. 2007.

Custody Warrants to Issue for both defendants — Clerk

UNITED STATES DISTRICT/MAGISTRATE JUDGE
Magistrate Complaint Pending: None

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

ORIGINAL

1. **Defendant Information**

   Juvenile: ☐ Yes  ☒ No

   If Yes, Matter to be sealed:

   ☐ Yes  ☐ No

   Defendant Name: MICHAEL MORRISON

   Alias Name:

   Address:

   County in which offense was committed: Tarrant

   **Related Case Information**

   Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No

   Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number:

   Search Warrant Case Number

   R 20 from District of

   Magistrate Case Number: 4-07CR-055-A

   RECEIVED APR 18 2007 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

2. **U.S. Attorney Information**

   Christopher R. Wolfe     Bar # 24008294

3. **Interpreter**

   ☐ Yes  ☒ No   If Yes, list language and/or dialect:

4. **Location Status**

   Arrest Date -

   ☐ Already in Federal Custody
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 2    ☐ Petty  ☐ Misdemeanor  ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 U.S.C. § 472 | Possession of a Counterfeit Securities or Obligations | 1 |
   | 18 U.S.C. § 471 | Manufacture of Counterfeit Securities or Obligations of the United States | 2 |

   Date: April 18, 2007     Signature of AUSA:

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number: **4-07CR-055-A**

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☐ Yes    ☐ No

   Defendant Name    JAMES TIMOTHY WOLFGANG II

   Alias Name _____

   Address _____

   *RECEIVED APR 18 2007 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS*

   County in which offense was committed:    Tarrant

2. **U.S. Attorney Information**

   Christopher R. Wolfe      Bar # 24008294

3. **Interpreter**

   ☐ Yes ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date -

   ☐ Already in Federal Custody
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1    ☐ Petty    ☐ Misdemeanor    ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 U.S.C. § 471 | Manufacture of Counterfeit Securities or Obligations of the United States | 2 |

Date **April 18, 2007**     Signature of AUSA: _____